UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MISSUD,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF CALIFORNIA, *et al.*,<br><br>    Defendants.<br>_____/ | No. C-12-5468 EMC<br><br>**ORDER QUASHING SUBPOENAS**<br><br>**(Docket No. 159)** |

This case was closed on February 5, 2013, and is currently on appeal to the Ninth Circuit. On June 17, 2013, Plaintiff filed with the Court a letter to various individuals who are not parties to this case regarding an arbitration hearing that has no discernible connection to this matter. Docket No. 159. Attached to this letter were two subpoenas captioned as subpoenas in this case and other closed cases in this district in which Plaintiff is a party. As this case has been closed, and as the subpoenas do not relate to the subject matter of this case, they are improper.

Accordingly, the Court orders the attached subpoenas quashed.

IT IS SO ORDERED.

Dated: June 24, 2013

_____
EDWARD M. CHEN
United States District Judge