UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK MISSUD, | No. C-12-5468 EMC |
| Plaintiff, | |
| v. | **SECOND ORDER QUASHING SUBPOENA** |
| STATE OF CALIFORNIA, *et al.*, | **(Docket No. 168)** |
| Defendants. | |

This case was closed on February 5, 2013, and is currently on appeal to the Ninth Circuit. On July 2, 2013, Plaintiff filed with the Court letters to various individuals who are not parties to this case regarding State Bar disciplinary proceedings of which he is the subject. Docket No. 168. Attached to these letters were two subpoenas, one of which was captioned as a subpoena in this case and another closed case in this district to which Plaintiff is a party. This subpoena seeks various documents regarding the State Bar disciplinary proceedings from the Chief Justice of the California Supreme Court. As this case has been closed, and as the subpoenas do not relate to the subject matter of this case, they are improper. Accordingly, the Court orders the attached subpoena quashed.

This is the second time in recent weeks that Plaintiff has issued subpoenas in this case that are entirely unrelated to the subject matter of the case. Plaintiff is therefore **ORDERED** to refrain from issuing any further subpoenas in this case without first obtaining leave of Court. If Plaintiff fails to comply with this order, he shall be subject to sanctions including, but not limited to,

monetary sanctions, revocation of filing privileges in this case, and other sanctions available under Rule 11 as well as pursuant to the inherent power of this Court.

   IT IS SO ORDERED.

Dated: July 8, 2013

_____
EDWARD M. CHEN
United States District Judge