UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PATRICK MISSUD,

        Plaintiff,

    v.

STATE OF CALIFORNIA, *et al.*,

        Defendants.
_____/

No. C-12-5468 EMC

**ORDER REGARDING ORDER TO SHOW CAUSE RE PLAINTIFF'S FILING PRIVILEGES**

    On July 19, 2013, this Court issued an order directing Plaintiff to show cause why his filing privileges in this matter should not be revoked given his repeated filing of lengthy documents of no discernible relevance to this matter. Docket No. 179. Plaintiff's response, filed on July 25, 2013, offered no excuse for the abuse of his filing privileges, but instead raised various allegations of misconduct by this Court in prior suits. Docket No 182.

    Since this Court issued its order to show cause, another Judge in this District issued an order revoking Plaintiff's ECF filing privileges for all actions in this District, finding that he had abused his filing privileges by filing "a steady stream of documents" that were "uniformly related to other

///
///
///
///
///
///

litigations in which he is involved and unrelated to the merits of this action." *Missud v. San Francisco Superior Court*, C12-3117 WHA, Docket No. 175. In light of this order, this Court's order to show cause is now moot.

    IT IS SO ORDERED.

Dated: August 2, 2013

_____
EDWARD M. CHEN
United States District Judge